UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS REYES,

        Plaintiff,

    v.

R. GROUNDS, et al.,

        Defendants.

Case No. 12-0704 JST (PR)

**ORDER APPOINTING PRO BONO COUNSEL; DIRECTIONS TO CLERK**

        Plaintiff, a state prisoner incarcerated at the California Correctional Institution ("CCI") and proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. By order filed April 8, 2013, the Court: (1) granted defendants' motion for leave to depose plaintiff; and (2) granted plaintiff's motion for appointment of counsel to represent him at deposition.

        Counsel willing to be appointed to represent plaintiff having been located,

        IT IS HEREBY ORDERED THAT:

Thomas Gordon
Jon Streeter
Keker & Van Nest
633 Battery Street
San Francisco, CA 94111
(415) 391-5400

are appointed as counsel, pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines, for the limited purpose of representing plaintiff at deposition.[1]

---

[1] If volunteer counsel later seeks to represent plaintiff in all aspects of this matter, they may file a notice of appearance so indicating.

All further proceedings are STAYED for four weeks from the date of this order. The purpose of the stay is to permit volunteer counsel sufficient time to meet and interview plaintiff and review the case file. As noted in the Court's April 8, 2013 order, defendants shall provide reasonable notice of plaintiff's deposition as provided by Federal Rule of Civil Procedure 30(b) after meeting and conferring with plaintiff's counsel.

The Clerk shall add plaintiff's appointed counsel to the docket, with an annotation indicating the limited scope of counsel's representation. The Clerk shall also serve a copy of this order upon plaintiff and upon counsel for both parties.

**IT IS SO ORDERED**.

Dated: April 25, 2013

_____
JON S. TIGAR
United States District Judge