UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS JAIMEZ REYES,

    Plaintiff,

v.

G. ELLIS, et al.,

    Defendants.

Case No. 12-cv-00704-JST (PR)

**ORDER TERMINATING LIMITED SCOPE REPRESENTATION**

Plaintiff, a state prisoner incarcerated at Chuckawalla Valley State Prison and proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. By order filed April 8, 2013, the Court referred the matter to the Federal Pro Bono Project for appointment of counsel for the limited purpose of representing plaintiff at deposition. Thereafter, by order filed, April 26, 2013, the Court appointed attorneys Jon Streeter and Thomas E. Gorman of Keker & Van Nest LLP to serve as volunteer counsel for plaintiff's deposition. Volunteer counsel has notified the Court that they represented plaintiff at his deposition in Blythe, California on October 16, 2013 and that there are no remaining deposition-related obligations in the case. (Dkt. No. 43.)

Accordingly, the scope of volunteer representation having been fulfilled, the Court hereby removes this case from the Federal Pro Bono Project and terminates any further responsibilities of volunteer counsel.

The Clerk is directed to remove Jon Streeter and Thomas E. Gorman of Keker & Van Nest LLP from the docket as counsel of record in this action. The docket should reflect that plaintiff is proceeding pro se and should reflect plaintiff's contact information as follows:

Carlos Jaimez Reyes
#G-22022
A1-4-4L
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, CA 92226

The Clerk is further directed to serve a copy of this order on: (1) plaintiff; (2) counsel of record for defendants; (3) the Federal Pro Bono Project; and (4) Jon Streeter and Thomas E. Gorman of Keker & Van Nest LLP.

**IT IS SO ORDERED.**

Dated: December 2, 2013

_____
JON S. TIGAR
United States District Judge