UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAIMEZ REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>G. ELLIS, et al.,<br><br>    Defendants. | Case No. 12-cv-00704-JST (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 46 |

Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED.  Plaintiff shall file his opposition no later than **February 14, 2014**.  Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 46.

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
JON S. TIGAR
United States District Judge